UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRANCH BANKING AND TRUST
COMPANY,

    Plaintiff,

v.                                                   CASE NO.: 8:10-cv-2464-T-23AEP

LAWRENCE T. MAXWELL,

    Defendant.
_____/

## ORDER

    Lawrence Maxwell moves (Doc. 62) to dissolve a post-judgment writ of garnishment that BB&T served on Maxwell's Sun Trust Bank account. Magistrate Judge Anthony E. Porcelli considered this matter, issued (Doc. 105) a report pursuant to 28 U.S.C. § 636, and recommended granting the motion. BB&T files no objection to the Magistrate's report, and the time for objecting expired.

    The Magistrate's report (Doc. 105) is factually and legally sound and is **ADOPTED**. Accordingly, Maxwell's motion (Doc. 62) is **GRANTED**, and the writ of garnishment on Maxwell's Sun Trust Bank account is **DISSOLVED**.

    ORDERED in Tampa, Florida, on September 17, 2012.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE